**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert E. Poet                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-10978 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ *Rebecca Solarz*
                              Rebecca Solarz
                              06 May 2022, 09:23:24, EDT

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322