# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-10978-ELF

ROBERT E. POET

41 CAENARVON LANE

HAVERFORD, PA 19041

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ROBERT E. POET

41 CAENARVON LANE

HAVERFORD, PA 19041

Counsel for debtor(s), by electronic notice only.

MICHAEL A SIDDONS
230 N. MONROE STREET
P.O. BOX 403
MEDIA, PA 19063-

Date: 6/15/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee