## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | )Case No. 22-10978 |
| | ) |
| **Robert E. Poet** | )Chapter 13 |
| **Debtor** | ) |
| | )Judge: Frank |

### PRAECIEP TO WITHDRAW DOCUMENT AT DKT. 41

To the Clerk:

Kindly withdraw the Proposed Order that was filed at Dkt. #41, in regard to the above-

captioned matter.

Dated:  June 28, 2022

Respectfully submitted,
**THE LAW OFFICE OF**
**MICHAEL ALAN SIDDONS, ESQUIRE, PLLC**

/s/ Michael A. Siddons
Michael A. Siddons, Esquire (PA# 89018)
230 N. Monroe Street
P.O. Box 403
Media, PA 19063
Tel. (610) 255-7500
Fax. (610) 514-5904
E-mail: msiddons@siddonslaw.com
*Counsel to the Debtor*
