# UNITED STATES BANKRUPTCY COURT
## Eastern District of PA
### Withdrawal/ Expungement of the Proof of Claim

RE: Robert Poet                                                          Case No: 22-10978
                                                                         Claim No. 12-1

Creditor, Discover Bank, hereby notifies the Court and the trustee that claim(s) *No. 12-1* filed on 07/07/2022 was/is withdrawn/expunged. And leaving claim(s) No. 1-1 and 1-2 standing as the correct proof of claim.

**By: /s/ Melissa Wilson**
**Bankruptcy Sr Representative**
**Discover Bank**
**07/07/2022**