**Michael Alan Siddons, Esq.**
LAW OFFICE OF MICHAEL ALAN SIDDONS ESQ.
230 N. Monroe Street
Media, PA 19063
Phone: 610-255-7500
Email: msiddons@siddonslaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA**

| In re: <br><br> ROBERT E. POET <br><br><br> Debtor(s), | Bankruptcy No: 22-10978 <br><br> Chapter: 13 <br><br> Judge: Honorable Eric L. Frank |
|---|---|

**DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS**

COMES NOW, Robert E. Poet (hereinafter referred to as Debtor), by and through undersigned counsel, to hereby object to the Trustee's Motion to Dismiss  Debtor avers as follows:

1. Debtor filed his Chapter 13 bankruptcy petition on April 14, 2022.
2. The initial Meeting of Creditors was scheduled for June 22, 2022.
3. The Trustee did not receive a copy of the Debtor's documents or the initial payment.
4. The Debtor has delivered the documents to the trustee portal.
5. The Debtor made the payment to the trustee.

WHEREFORE, Debtor requests this Court sustain the Debtor objection to the Trustee's Motion to Dismiss.

DATED:  July 25, 2022

/s/ Michael Alan Siddons
MICHAEL ALAN SIDDONS
Attorney for Debtor(s)