**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) Case No. 20-11711-elf |
| **Robert E. Poet** | ) |
| **Debtor** | ) Chapter 13 |
| | ) |
| | ) Judge: Frank |

**ORDER SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Order of Dismissal of the Case, it is hereby ORDERED that:

1. Any wage orders previously entered are VACATED.

2. Pursuant to 11 U.S.C.§349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not vest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall re-vest pursuant to 11 U.S.C.§349(b)(3).

3. All Applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

BY THE COURT:

_____
Hon. Eric L. Frank
United States Bankruptcy Court Judge