### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Case No. 22-10978-elf |
| **Robert E. Poet** | ) |
| **Debtor** | ) Chapter 13 |
| | ) |
| | ) Judge: Frank |

### PRAECIEP TO WITHDRAW DOCUMENT AT DKT. 69

To the Clerk:

Kindly withdraw the Proposed Order that was filed at Dkt. #69, in regard to the above-captioned matter.

Dated: September 16, 2022

                                              Respectfully submitted,
                                              **THE LAW OFFICE OF**
                                              **MICHAEL ALAN SIDDONS, ESQUIRE, PLLC**

                                              /s/ Michael A. Siddons
                                              Michael A. Siddons, Esquire (PA# 89018)
                                              230 N. Monroe Street
                                              P.O. Box 403
                                              Media, PA 19063
                                              Tel. (610) 255-7500
                                              Fax. (610) 514-5904
                                              E-mail: msiddons@siddonslaw.com
                                              *Counsel to the Debtor*