# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **IN RE:** | ) Case No. 22-10978-elf |
|  | ) |
| **Robert E. Poet** | ) Chapter 13 |
| **Debtor** | ) |
|  | ) Judge: Frank |

## PRAECIPE TO WITHDRAW DOCUMENT AT DKT. 71 and 72

To the Clerk:

Kindly withdraw the Proposed Order that was filed at Dkt. #71 and #72, in regard to the above-captioned matter.

Dated: September 16, 2022

                                   Respectfully submitted,
                                   **THE LAW OFFICE OF**
                                   **MICHAEL ALAN SIDDONS, ESQUIRE, PLLC**

                                   /s/ Michael A. Siddons
                                   Michael A. Siddons, Esquire (PA# 89018)
                                   230 N. Monroe Street
                                   P.O. Box 403
                                   Media, PA 19063
                                   Tel. (610) 255-7500
                                   Fax. (610) 514-5904
                                   E-mail: msiddons@siddonslaw.com
                                   *Counsel to the Debtor*