### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Case No. 22-10978-elf |
| **Robert E. Poet** | ) |
| **Debtor** | ) Chapter 13 |
| | ) |
| | ) Judge: Frank |

### PRAECIPE TO WITHDRAW DOCUMENT AT DKT. #69, #71 and #72

To the Clerk:

Kindly withdraw the Proposed Order that was filed at Dkt. #69, #71 and #72, in regard to the above-captioned matter.

Dated: September 19, 2022

> Respectfully submitted,
> **THE LAW OFFICE OF**
> **MICHAEL ALAN SIDDONS, ESQUIRE, PLLC**
>
> /s/ Michael A. Siddons
> Michael A. Siddons, Esquire (PA# 89018)
> 230 N. Monroe Street
> P.O. Box 403
> Media, PA 19063
> Tel. (610) 255-7500
> Fax. (610) 514-5904
> E-mail: msiddons@siddonslaw.com
> *Counsel to the Debtor*