**Michael Alan Siddons, Esq.**
LAW OFFICE OF MICHAEL A. SIDDONS ESQ.
230 N. Monroe Street
MEDIA, PA 19063
Phone: 6102557500
Email: msiddons@siddonslaw.com
*Attorney for Debtor(s)*

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| In re: | |
|---|---|
| ROBERT E. POET | Bankruptcy No: 22-10978 |
| | Chapter: 13 |
| Debtor(s), | Judge: Honorable Eric L. Frank |

## CERTIFICATE OF SERVICE

I, Michael Alan Siddons, attorney for Debtor(s), hereby certify that on September 16, 2022 a true and correct copy of the Application for Compensation, Proposed Order and Exhibit was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the parties listed in the attached mailing matrix or listed as ECF recipients, including:

US Trustee - *via ECF*                Kenneth E. West, Trustee - *via ECF*

**Debtor(s)**: 41 Caenarvon Lane, HAVERFORD, PA 19041


DATED: September 16, 2022

                                          LAW OFFICE OF MICHAEL A. SIDDONS ESQ.

                                          <u>/s/ Michael Alan Siddons</u>
                                          Michael Alan Siddons
                                          Attorney for Debtor(s)

```
Label Matrix for local noticing          American Express National Bank          Citizens Bank, N.A. s/b/m to Citizens Bank o
0313-2                                   c/o Becket and Lee LLP                  10561 Telegraph Road
Case 22-10978-elf                        PO Box 3001                             Glen Allen, VA 23059-4577
Eastern District of Pennsylvania         Malvern, PA 19355-0701
Philadelphia
Wed Sep 28 13:14:29 EDT 2022

United States Trustee                    Philadelphia                            AES/PHEAA
Office of United States Trustee          900 Market Street                       Attn: Bankruptcy
Robert N.C. Nix Federal Building         Suite 400                               Po Box 2461
900 Market Street                        Philadelphia, PA 19107-4233             Harrisburg, PA 17105-2461
Suite 320
Philadelphia, PA 19107-4202

American Profit Recovery                 Bank of America, N.A.                   (p)CCO MORTGAGE CORP
Attn: Bankruptcy                         PO Box 673033                           10561 TELEGRAPH RD
34505 W 12 Mile Road #333                Dallas, TX 75267-3033                   GLEN ALLEN VA 23059-4577
Farmington Hills, MI 48331-3288

Capitalone                               Cavalry SPV I, LLC                      Chase Mortgage
Attn: Bankruptcy                         PO Box 4252                             Chase Records Center/Attn: Correspondenc
Po Box 30258                             Greenwich, CT 06831-0405                Mail Code LA4 5555  700 Kansas Ln
Salt Lake City, UT 84130-0258                                                    Monroe, LA 71203

(p)CITIZENS BANK N A                     Citizens Bank, N.A.                     Citizens Bank, N.A. s/b/m to Citizens
ATTN BANKRUPTCY TEAM                     c/o Mary F. Kennedy, Esq.               Bank of Pennsylvania
ONE CITIZENS BANK WAY                    1310 Industrial Boulevard               10561 Telegraph Road
JCA115                                   1st Floor, Suite 101                    Glen Allen, VA 23059-4577
JOHNSTON RI 02919-1922                   Southampton PA 18966-4030

Coll Recv Sv                             Discover Bank                           Hudson City Savings Ba
29 Regency Plaza                         Discover Product Inc                    Hudson City Savings Bank
Glen Mills, PA 19342-1001                PO BOX 3025                             80 W Century Road
                                         New Albany, OH 43054-3025               Paramus, NJ 07652-1437

(p)M&T BANK                              M&T Bank                                Midland Credit Management, Inc.
LEGAL DOCUMENT PROCESSING                C/O Rebecca Solarz, Esq.                PO Box 2037
626 COMMERCE DRIVE                       KML Law Group                           Warren, MI 48090-2037
AMHERST NY 14228-2307                    701 Market Street Suite 5000
                                         Philadelphia, PA. 19106-1541

Midland Fund                             PHEAA                                   PHEAA/HCB
Attn: Bankruptcy                         HARRISBURG, PA 17105                    Attn: Bankruptcy
350 Camino De La Reine, Suite 100                                                Po Box 8147
San Diego, CA 92108-3007                                                         Harrisburg, PA 17105-8147

Pennsylvania Department of Revenue       (p)PORTFOLIO RECOVERY ASSOCIATES LLC    Syncb/Lord & Taylor
Bankruptcy Division PO Box 280946        PO BOX 41067                            Attn: Bankruptcy
Harrisburg, PA 17128-0946                NORFOLK VA 23541-1067                   P.O. Box 965060
                                                                                 Orlando, FL 32896-5060

Discover Products In Discover Bank Discover   KENNETH E. WEST                    MICHAEL ALAN SIDDONS
PO Box 3025                              Office of the Chapter 13 Standing Truste   Law Office of Michael Alan Siddons Esq
New Albany, OH 43054-3025                1234 Market Street - Suite 1813         230 N. Monroe Street
                                         Philadelphia, PA 19107-3704             PO Box 403
                                                                                 Media, PA 19063-0403
```

Robert E. Poet
41 Caenarvon Lane
Haverford, PA 19041-1048

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CCO Mortgage Corp.
Attn: Bankruptcy
10561 Telegraph Rd
Glen Allen, VA 23059

Citizens Bank
1 Citizens Dr
Riverside, RI 02915

(d)Citizens Bank
One Citizens Plaza
Providence, RI 02903

M & T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240

(d)M&T Bank
PO BOX 840
Buffalo, NY 14240-0840

(d)M&T Bank
PO Box 900
Millsboro, DE 19966

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&T Bank

(d)American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(u)Michael Alan  Siddons

End of Label Matrix
Mailable recipients    30
Bypassed recipients     3
Total                  33

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **IN RE:** | ) Case No. 22-10978-elf |
|  | ) |
| **Robert E. Poet** | ) Chapter 13 |
| **Debtor** | ) |
|  | ) Judge: Eric L. Frank |

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Michael Alan Siddons, Esquire, Counsel to the Debtor, ("Applicant" herein) applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The Debtor filed a petition under chapter 13 of the Bankruptcy Code on April 14, 2022. Dkt.#1

3. The Debtor's annualized current monthly income as set forth on Form B22C is:

    ____ above median (the amount on line 15 is not less than the amount on line 16).

    X below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $4,500.00, minus $1,937.00 that was paid by Debtor pre-petition for a balance due of $2,563.00 for providing the following services:

6. Applicant requests reimbursement of expenses in the amount of $0.00 for the following expenses: In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a. Analysis of the Debtor's financial situation, and rendering advice to the Debtor in determining whether to file a petition in bankruptcy;

      b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

      c. Representation of the Debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

      d. Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

7. The Debtor paid Applicant $1,937.00, plus $310.00 in filing fees prior to the filing of the petition.

8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

9. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

      **WHEREFORE**, Applicant requests an award of $4,500.00, minus $1,937.00 that was paid by Debtor pre-petition for a balance due of **$2,563.00** in compensation and of **$0.00** in reimbursement of actual, necessary expenses.

Respectfully submitted,
**THE LAW OFFICE OF**
**MICHAEL ALAN SIDDONS, ESQUIRE, PLLC**

/s/ Michael A. Siddons
Michael A. Siddons, Esquire (PA# 89018)
230 N. Monroe Street
P.O. Box 403
Media, PA 19063
Tel. (610) 255-7500
Fax. (610) 514-5904
E-mail: msiddons@siddonslaw.com
*Counsel to the Debtor*

Dated:  September 16, 2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **IN RE:** | ) Case No. 22-10978-elf |
|  | ) |
| **Robert E. Poet** | ) Chapter 13 |
| **Debtor** | ) |
|  | ) Judge: Eric L. Frank |

**ORDER**

**AND NOW**, this _____ day of _____, 2022, upon consideration of the Application for Compensation (the "Application") filed by the Debtor's counsel (the "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

**IT IS ORDERED** that:

1. The Application is **GRANTED**;

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$2,563.00**;

3. Expenses are **ALLOWED** in favor of the Applicant on the amount of **$0.00**;

4. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C.§507, 11 U.S.C. §503(b) and 11 U.S.C.§330(a)(4)(B), the allowed compensation set forth in ¶2 of the Application less $1,500.00 which was paid by the Debtor prepetition.

BY THE COURT:

_____
Eric L. Frank
United States Bankruptcy Court Judge

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Robert E. Poet**　　　　　　　　　　　　　　　　　　　　Case No. **22-10978**
　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 4,500.00 |
   | Prior to the filing of this statement I have received | $ 1,937.00 |
   | Balance Due | $ 2,563.00 |

2. The source of the compensation paid to me was:

   ■ Debtor　　☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor　　☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 4, 2022**<br>Date | **/s/ Michael Alan Siddons**<br>**Michael Alan Siddons**<br>*Signature of Attorney*<br>**Law Office of Michael Alan Siddons Esq.**<br>**230 N. Monroe Street**<br>**Media, PA 19063**<br>**610-255-7500　Fax: 844-448-7417**<br>**msiddons@siddonslaw.com**<br>*Name of law firm* |