### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PENNSYLVANIA – PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 22-10978 |
| ROBERT E. POET | ) | |
| | ) | |
| DEBTORS | ) | JUDGE: Eric L. Frank |
| . | ) | |

### CERTIFICATION OF NO RESPONSE

I, Michael A. Siddons, Esquire, (Applicant), hereby certify that no response has been served or filed to the Debtor's Application for Compensation and Expenses (DE 74). On or about September 16, 2022, Debtor delivered a copy of the Application to the matrix on file. Accordingly, the Application may be granted. Debtor has uploaded a proposed order.

Respectfully submitted,

**THE LAW OFFICE OF MICHAEL ALAN SIDDONS, ESQUIRE**

By:  */s/ Michael A. Siddons*
MICHAEL ALAN SIDDONS, ESQUIRE
230 N. Monroe Street-P.O. Box 403
Media, PA 19063
610-255-7500 (Phone No.)
msiddons@siddonslaw.com
***Attorney for Debtors***

Dated: October 1, 2022